# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KENNETH A. WITZ & JAYME A. WITZ       Case Number: 07-71833
2610 MYANG AVENUE
MCHENRY, IL  60050                             SSN-xxx-xx-2751 & xxx-xx-9207

Case filed on: 8/1/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,333.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BOYAJIAN LAW OFFICE, PC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KENNETH A. WITZ | 0.00 | 0.00 | 1,333.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,333.00 | 0.00 |
| 001 | AMC MORTGAGE SERVICES INC | 119,564.78 | 0.00 | 0.00 | 0.00 |
| 002 | OCWEN FEDERAL BANK FSB | 181,466.99 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 301,031.77 | 0.00 | 0.00 | 0.00 |
| 003 | ANESTHESIA ASSOC. OF CRYSTAL LAKE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BLATT, HASENMILLER, LEIBSKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAVALRY PORTFOLIO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CENTEGRA HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CENTEGRA HEALTH SYSTEM | 114,570.46 | 114,570.46 | 0.00 | 0.00 |
| 009 | CREDITORS COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CENTEGRA HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DR. MITRA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | G. HOESSEIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | G. HOSSEIN M. RIAHI, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GREATER ELGIN EMERGENCY SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LAKE/MCHENRY PATH | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LAKE/MCHENRY PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MCHENRY RADIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | METRO INFECTIOUS DISEASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NCO FINANCIAL SYSTEMS INC | 267.00 | 267.00 | 0.00 | 0.00 |
| 020 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NATIONWIDE RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | THE LAW OFFICE OF MICHAEL G CORTINA LTD | 450.00 | 450.00 | 0.00 | 0.00 |
| 024 | PORTFOLIO RECOVERY ASSOCIATES | 897.71 | 897.71 | 0.00 | 0.00 |
| 025 | PORTFOLIO RECOVERY ASSOCIATES | 2,355.01 | 2,355.01 | 0.00 | 0.00 |
| 026 | ROUNDUP FUNDING LLC | 523.45 | 523.45 | 0.00 | 0.00 |
| 027 | PORTFOLIO RECOVERY ASSOCIATES | 702.83 | 702.83 | 0.00 | 0.00 |
|  | Total Unsecured | 119,766.46 | 119,766.46 | 0.00 | 0.00 |
|  | Grand Total: | 420,798.23 | 119,766.46 | 1,333.00 | 0.00 |

Total Paid Claimant:        $1,333.00
Trustee Allowance:          $0.00              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00               discharging the trustee and the trustee's surety from any and all
                                               liablility on account of the within proceedings, and closing the estate,
                                               and for such other relief as is just.  Pursuant to FRBP, I hereby
                                               certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan